# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00600-CR

**The State of Texas, Appellant**

**v.**

**Kristen Gonzales-Cedillo, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. C-1-CR-14-212985, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas filed a motion to dismiss seeking to withdraw its notice of appeal. The State's motion to withdraw its notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed on Appellant's Motion

Filed: October 5, 2016

Do Not Publish